# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Fort Pierce Division

Case No. 18-14041-CIV-MARTINEZ-MAYNARD

| | |
|---|---|
| WILLIAM SACCO, on behalf of himself and all others similarly situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>AARP, INC., AARP SERVICES INC., AARP INSURANCE PLAN, UNITEDHEALTH GROUP, INC., and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>                   Defendants. | **PLAINTIFF WILLIAM SACCO'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS** |

Plaintiff William Sacco ("Plaintiff") hereby respectfully submits this motion to compel Defendants AARP, Inc., AARP Services Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthcare Insurance Company (collectively "Defendants") to produce documents responsive to Plaintiff's First Set of Requests For Production.

Plaintiff filed the Complaint in this action on February 8, 2018.  Defendants have moved to dismiss and to stay discovery pending resolution of their motion to dismiss.  Those motions have been fully briefed since May and remain before Judge Martinez.  On March 14, 2018, following the parties' Rule 26(f) conference, Plaintiff served Defendants with requests for the production of documents.  Defendants served responses on April 27, 2018, refusing to produce any documents while their motions to dismiss and to stay discovery were still pending.  The AARP Defendants stated the following:

> The AARP Defendants object to any requirement that they begin producing documents prior to resolution of the Motion to Stay (and, if granted, the Motion to Dismiss) because, as outlined in the Motion to Stay, any such production would be unduly burdensome and not proportional to the needs of the case.

AARP Defs.' Objs. And Resps. To Pl.'s First Req. For Prod. Of Docs., General Obj. No. 1.  The UnitedHealth Defendants stated their objection this way:

> United objects to the production of documents before the Court either denies the motion to dismiss, denies its motion for a discovery stay or lifts the requested discovery stay.

Defs. UnitedHealth Grp., Inc. And United HealthCare Ins. Co.'s Objs. And Resps. To Pl.'s First Set Of Reqs. For Prod. Of Docs. at 3.  Defendants lodged the same objections to each and every request for documents.

These objections are improper because, currently, there is no discovery stay in place in this case.  While Defendants requested such a stay over two months ago, the Court has not

2

entered one.  As such, Defendants' objections based on a stay that does not even exist are meritless.  In addition, Plaintiff will be severely prejudiced if Defendants are not compelled to produce documents as soon as possible.  The Court has already granted the parties one scheduling extension in this case (ECF No. 52) and Plaintiff cannot sit back idly expecting that there will be another.  As of now, Plaintiff is already operating under an extremely tight schedule as his class certification motion is due on October 29, 2018.  That means that Plaintiff has less than four months to get a complete production of documents from Defendants, to review those documents, and then to notice and take several depositions so that he can meet his burdens under Rule 23.  Defendants, on the other hand, will not be burdened beyond what is normally expected in the course of litigation.  Indeed, their burden will likely be considerably eased given that they have already collected, reviewed and produced many responsive documents in parallel litigations pending in other districts.

WHEREFORE, Plaintiff respectfully request that the Court order that Defendants produce all documents responsive to Plaintiff's First Set of Requests For Production Of Documents by no later than July 27, 2018.

### CERTIFICATE OF GOOD FAITH
### S.D. Fla. L.R. 7.1(a)(3)

Counsel for the movant has conferred with all parties in a good faith effort to resolve the issues raised in this motion and has been unable to do so.  Specifically, the Parties met and conferred telephonically on June 20, 2018.  During that call, counsel for Defendants confirmed that it remains Defendants' position that they will not produce any documents while their motions to dismiss and to stay discovery are pending.

Dated: July 6, 2018	**BURSOR & FISHER, P.A.**

By:  */s/ Scott A. Bursor*
     Scott A. Bursor (SBN 68362)

Scott A. Bursor
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email:   scott@bursor.com
        jarisohn@bursor.com

*Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
Scott A. Bursor (SBN 68362)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com