UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14041-CIV-MARTINEZ/MAYNARD

WILLIAM SACCO, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

AARP, INC., AARP SERVICES INC., AARP
INSURANCE PLAN, UNITEDHEALTH
GROUP, INC., and UNITED
HEALTHCARE INSURANCE COMPANY,

    Defendants.
_____/



## ORDER VACATING DISCOVERY ORDERS

**THIS CAUSE** comes before this Court upon the parties' Joint Motion for Confidentiality Order. [D.E. 57]. On August 8, 2018, this Court entered an order granting the parties' Motion. [D.E. 58]. This Court also entered the parties' stipulated confidentiality order that same day. [D.E. 59]. However, on August 9, 2018, the District Court also granted the Motion and entered the stipulated confidentiality order. [D.E. 60]. As such, this Court vacates its August 8th discovery orders.

It is therefore,

**ORDERED AND ADJUDGED** that this Court's orders at docket entry 58 and 59 are hereby **VACATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of August, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE