UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

### Case Number:  18-14041-CIV-MARTINEZ-MAYNARD

WILLIAM SACCO, on behalf of himself and
all others similarly situated,

     Plaintiff,

vs.

AARP, INC., et al.,

     Defendants.

_____/

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon the parties' Agreed Motion to Stay Proceedings and Request for Expedited Treatment [ECF No. 84].  After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1.    The parties' Agreed Motion to Stay Proceedings and Request for Expedited Treatment [ECF No. 84] is **GRANTED**.

2.    This case is **STAYED**, pending the Eleventh Circuit Court of Appeal's decision on any rehearing motion, if filed, in *Patel v. Specialized Loan Servicing, LLC,* No. 16-12100, 2018 WL 4559091 (11th Cir. Sept. 24, 2018) ("*Patel*"); or the time for seeking rehearing expires.

3.    Counsel for the parties shall file a joint status report within **30 days** from the date of this Order, informing the Court of: (a) the status of this case in light of the *Patel* decision; and (b) the status of any rehearing motion filed in *Patel*, if filed.  Moreover, if a rehearing motion is filed, counsel for the parties shall file a joint status report with this Court within **5 days** of any decision by the Eleventh Circuit Court of Appeals on the rehearing motion and final resolution of

the *Patel* action, informing the Court of its effect on the status of this case and including a proposed modified scheduling order, as needed.

   4.  This case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. This shall not affect the substantive rights of the parties.   This case will be reopened upon expiration of the stay.

   DONE AND ORDERED in Chambers at Miami, Florida, this 1 0 day of October, 2018.

                 _____

          JOSE E. MARTINEZ
          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record