UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 18-14041-CIV-MARTINEZ-MAYNARD

WILLIAM SACCO, on behalf of himself
and all others similarly situated,
    Plaintiff,

vs.

AARP, INC., et al.,
    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Voluntary Dismissal [ECF No. 89]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record